UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-00111-UA-3

**United States of America**,

v.

**Demarcus Allen Medley**.

**Order Modifying Conditions of Release**

On April 15, 2016, the court held a hearing to determine whether Defendant Demarcus Allen Medley, who was charged with a violation of 18 U.S.C. § 846 in a Criminal Complaint, should be detained pending further proceedings or released on conditions. The court ultimately determined that there were various conditions available which would reasonably assure Medley's appearance at future proceedings and reasonably assure the safety of any other person and the community pending his trial. Therefore, the court issued an Order Setting Conditions of Release which included, among other conditions, that Medley was subject to radio frequency monitoring. D.E. 14.

Subsequently, a federal grand jury returned an indictment against Medley and others alleging various violations of federal law. At Medley's initial appearance regarding the indictment, the Government requested that the court modify its earlier order to require that Medley's location be monitored through a GPS system. Medley's attorney did not object to this request.

Therefore, it is ordered that the court's April 15, 2016 Order is modified as follows: Medley is to submit to GPS location monitoring (in lieu of Radio Frequency monitoring) and comply with all of the program requirements and instructions. Medley shall pay a portion of the monitoring costs as directed by the probation office. All other aspects of the April 15, 2016 Order remain unchanged and in effect.

Dated: May 18, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge