UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR111-D-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DEMARCUS ALLEN MEDLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 134 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __20__ day of __September__, 2016.

_____
JAMES C. DEVER, III
Chief U.S. District Judge