IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-111-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| DEMARCUS ALLEN MEDLEY, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the Defendant, it is hereby Ordered that Docket Entry Number 192 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This the 29 day of November, 2016

James C. Dever, III
Chief U.S. District Judge