UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:16-CR-111-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| DEMARCUS ALLEN MEDLEY, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Demarcus Medley, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Proposed Sealed Document [D.E. 295] is hereby ordered sealed until such time that it is ordered unsealed by this Court.

This the __7__ day of June, 2017.

_____
Honorable James C. Dever, III
Chief United States District Judge