UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:16-CR-111-D-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| DEMARCUS ALLEN MEDLEY, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Demarcus Medley, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Sentencing Memorandum [D.E. 408] is hereby ordered sealed until such time that it is ordered unsealed by this Court.

This the 30 day of October, 2017.

Honorable James C. Dever, III
Chief United States District Judge